UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIF MOBLEY, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 11-2073 (BAH) |
| DEPARTMENT OF DEFENSE and DEPARTMENT OF JUSTICE, | ) ) ) ) |
| Defendants. | ) ) |

**ANSWER**

Defendants Department of Defense ("DOD") and Department of Justice ("DOJ") hereby answer plaintiffs' complaint (Dkt. 3) brought pursuant to the Freedom of Information Act ("FOIA") and the Privacy Act. Defendants set forth their responses in the following numbered paragraphs, which correspond to the complaint's numbered paragraphs.

JURISDICTION

1. This paragraph sets forth conclusions of law regarding this Court's jurisdiction to which no response is required.

VENUE

2. This paragraph sets forth a conclusion of law regarding the proper venue for this case to which no response is required.

PARTIES

3–4. Defendants are without knowledge or information sufficient to form a belief as to the truth of the allegations contained in these paragraphs.

5. With respect to the first clause of the sentence contained in paragraph 5, DOD admits that DOD is an "agency" subject to FOIA. As to the second clause of the sentence contained in paragraph 5, DOD does not have sufficient knowledge or information at this time to admit or deny the allegation that it is "in possession and/or control of the records requested."

6. Admit.

7. With respect to the first clause of the sentence contained in paragraph 7, DOJ admits that DOJ is an "agency" subject to FOIA. As to the second clause of the sentence contained in paragraph 7, DOJ does not have sufficient knowledge or information at this time to admit or deny the allegation that it "is in possession and/or control of the records requested."

8. Admit.

## FIRST CAUSE OF ACTION

9. Defendants repeat and reallege their responses contained in the corresponding paragraphs set forth above.

10. DOD admits receiving plaintiffs' FOIA/PA request dated July 22, 2010, and respectfully refers the Court to that request, attached as Exhibit 1, for a full and accurate statement of its contents. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

11. DOD admits that it issued a letter confirming receipt of plaintiffs' request on August 13, 2010. The remaining allegations contained in this paragraph constitute plaintiffs' characterization of the content of that letter, to which no response is required. DoD respectfully refers the Court to that letter, attached as Exhibit 2, for a full and accurate statement of its contents.

DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

12.  With respect to the first sentence of paragraph 12, DOD admits that it received an email from Reprieve on August 24, 2010, and respectfully refers the Court to that email, attached as Exhibit 3, for a full and accurate statement of its contents. The second sentence of paragraph 12 contains plaintiffs' characterization of the content of the FOIA/PA request, to which no response is required, and DOD respectfully refers the Court to that request, attached as Exhibit 1, for a full and accurate statement of its contents.

DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

13.  DOD admits that on August 25, 2010, it issued a letter to Reprieve stating that the FOIA/PA request had been referred to, inter alia, the Defense Intelligence Agency ("DIA"). DOD respectfully refers the Court to that letter, attached as Exhibit 4, for a full and accurate statement of its contents. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

14.  DOD admits that DIA issued plaintiffs a status report regarding the request on October 18, 2010, and respectfully refers the Court to that letter, attached as Exhibit 5, for a full and accurate statement of its contents. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

15.  DOD admits. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

16.  With respect to the first clause of the sentence contained in this paragraph, DOD admits that more than twenty working days passed without a substantive determination by DIA on the

request that was referred to DIA on August 25, 2011. The second clause of the sentence contained in this paragraph constitutes a legal conclusion to which no response is required. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

17. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, DOD denies, and DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

## SECOND CAUSE OF ACTION

18. Defendants repeat and reallege their responses contained in the corresponding paragraphs set forth above.

19. DOD admits that plaintiffs submitted to United States Special Operations Command ("SOCOM") a copy of the DOD request on August 14, 2011, requesting that SOCOM process only items 10, 14, and 15 from the DOD request. DOD respectfully refers the Court to that correspondence, attached hereto as Exhibit 6, for a full and accurate statement of its contents. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

20. DOD admits the allegations contained in this paragraph and respectfully refers the Court to SOCOM's August 22, 2011 response letter, attached hereto as Exhibit 7, for a full and accurate statement of its contents. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

21. DOD admits. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

22. DOD admits. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

23. DOD admits. DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

24. With respect to the first clause of this sentence, DOD admits that more than twenty working days passed before SOCOM issued a substantive determination on the August 14, 2011 request. DOD further avers that SOCOM issued a substantive determination as to that request on October 14, 2011, stating that it had located no responsive records. DOD respectfully refers the Court to that response, attached hereto as Exhibit 8, for a full and accurate statement of its contents. Defendant DOD further avers that plaintiff subsequently submitted an appeal of that decision, and that more than twenty working days passed without a determination on that appeal before the filing of the complaint on the Court's docket. The second clause of the sentence contained in paragraph 24 constitutes a legal conclusion to which no response is required.

DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

25. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, DOD denies, and DOJ is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

### THIRD CAUSE OF ACTION

26. Defendants repeat and reallege their responses contained in the corresponding numbered paragraphs above.

27. DOJ admits that, on July 22, 2010, plaintiffs submitted a FOIA/PA request identical to the DOD request to the Federal Bureau of Investigation ("FBI") and respectfully refers the Court to that request, Exhibit 1, for a full and accurate statement of its contents. DOD is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

28–36. DOJ admits the allegations contained in these paragraphs. DOD is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in these paragraphs.

37. With respect to the first clause of the sentence contained in this paragraph, DOJ admits that more than twenty working days passed between the receipt of plaintiffs' request and the filing of the complaint on the Court's docket. The second clause of the sentence contained in this paragraph constitutes a legal conclusion to which no response is required.

DOD is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

38. This paragraph sets forth a legal conclusion to which no response is required. To the extent a response is deemed required, DOJ denies, and DOD is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph.

The remaining allegations in the complaint constitute a prayer for relief to which no response is required. If a response were required, the allegations are denied. Defendants further deny that plaintiffs are entitled to any relief demanded in the complaint, or any relief whatsoever.

Defendants deny all allegations in the complaint that they have not expressly admitted.

**DEFENSES**

1. Plaintiffs' complaint fails to state a claim upon which relief can be granted.

2. Records at issue are exempt from disclosure under FOIA and the Privacy Act.

3. Defendants have exercised due diligence in processing plaintiffs' FOIA request, but exceptional circumstances exist that necessitate additional time for defendants to complete the processing of the request.  5 U.S.C. § 552(a)(6)(C).

WHEREFORE, defendants pray that the Court dismiss plaintiffs' suit with prejudice, render judgment that plaintiffs take nothing by this action, and award defendants all other relief to which they are entitled, including costs and disbursements.

Dated: January 9, 2012                    Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN JR.
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Judson O. Littleton*
JUDSON O. LITTLETON (TX Bar 24065635)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., N.W.
Washington, DC  20530
Email:  judson.o.littleton@usdoj.gov
Tel:     (202) 305-8714
Fax:    (202) 616-8470