# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHARIF MOBLEY, et al., ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 11-2073 (BAH) |
| DEPARTMENT OF DEFENSE ) and DEPARTMENT OF JUSTICE, ) | |
| Defendants. ) | |

## JOINT NOTICE OF PROPOSED BRIEFING SCHEDULE

Pursuant to this Court's May 15, 2012 Minute Order, the parties hereby submit this mutually agreeable proposed briefing schedule for dispositive motions in this case. The parties agree that it is in the interest of judicial economy and efficiency to bifurcate the briefing between Counts One and Two against the Department of Defense on one hand (i.e., those counts related to requests submitted to the Defense Intelligence Agency ("DIA") and U.S. Special Operations Command ("SOCOM")) and Count Three against the Department of Justice on the other hand.

Accordingly, the parties hereby jointly propose the following bifurcated briefing schedule:

**Counts One and Two Against Defendant Department of Defense:**

Defendants' motion for summary judgment:      June 8, 2012

Plaintiffs' opposition to summary judgment:      June 18, 2012

Defendants' reply brief:      June 25, 2012

**Count Three Against Defendant Department of Justice:**

Defendant's motion for summary judgment:	June 29, 2012

Plaintiffs' opposition to summary judgment:	July 9, 2012

Defendants' reply brief:	July 16, 2012

Date:   May 21, 2012						Respectfully submitted,

 /s/ Kelly B. McClanahan						STUART F. DELERY
Kelly B. McClanahan, Esq.					Acting Assistant Attorney General
D.C. Bar. #984704
National Security Counselors				RONALD C. MACHEN JR.
1200 South Courthouse Road					United States Attorney
Suite 124
Arlington, VA 22204						ELIZABETH J. SHAPIRO
301-728-5908							Deputy Branch Director
240-681-2189 fax
Kel@NationalSecurityLaw.org.				*/s/ Judson O. Littleton*
								JUDSON O. LITTLETON (TX Bar 24065635)
*Counsel for Plaintiffs*						Trial Attorney
								United States Department of Justice
								Civil Division, Federal Programs Branch
								20 Massachusetts Ave., N.W.
								Washington, DC  20530
								Email:  judson.o.littleton@usdoj.gov
								Tel:    (202) 305-8714
								Fax:    (202) 616-8470

								*Counsel for Defendants*